**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTIN J. JORDAN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:26-cv-00944-NJK

**ORDER**

[Docket No. 14]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 14. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion, Docket No. 14, is **GRANTED** subject to the following:

- No later than July 31, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: July 21, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.