**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Justin J. J.,

Plaintiff,

v.

Frank Bisignano, Commissioner of Social Security,

Defendant.

Case No. 2:26-cv-00944-NJK

**Order**

This case involves judicial review of administrative action by the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for disability insurance benefits pursuant to Title II of the Social Security Act. This case is currently assigned to United States Magistrate Judge Nancy J. Koppe. *See* Docket Nos. 17-18. If either party decides to decline consent, that party must complete and return the form at Docket No. 18 by **November 25, 2026**.

IT IS SO ORDERED.

Dated: November 4, 2026

Nancy J. Koppe
United States Magistrate Judge